In the Matter of BIAGIO BATTAGLIA, Respondent, against FERDI-
NAND Q. MORTON et al., Constituting the Municipal Civil Serv-
ice Commission of the City of New York, Appellants.

Argued January 6, 1949; decided February 24, 1949.

*John P. McGrath, Corporation Counsel* (*Robert E. Hugh* and *Seymour B. Quel* of counsel), for appellants.

*George Langberg, Nathan Ringel* and *Manuel A. Ytuarte* for respondent.

*Per Curiam.* In the absence of an order by the Appellate Division or by this court granting the appellants leave to appeal, we may not review the order of the Appellate Division dated June 14, 1948, which affirmed *unanimously* the order of Special Term where — in accord with the direction contained in the prior intermediate order of the Appellate Division dated June 24, 1947 — certain issues of fact were tried and determined. (Civ. Prac. Act, § 588, subd. 2; § 589, subd. 2, cls. [a], [b].)

The appeal should be dismissed with costs.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ., concur.

Appeal dismissed.